# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL HOLLINGSWORTH,**  )  <br> )  <br> **Plaintiff,**  )  <br> )  <br> **v.**  )  <br> )  <br> **THE NEBRASKA FOOD BANK**  )  <br> **NETWORK, INC.,**  )  <br> )  <br> **Defendant.**  ) | **8:10CV121** <br><br> **ORDER** |

This matter is before the court on the motion of Joy Shiffermiller (Filing No. 18) to withdraw as counsel for the plaintiff, Michael Hollingsworth. The movant states the plaintiff has not regularly responded to letters or telephone calls, making it difficult to represent him. The movant served a copy of the motion on Mr. Hollingsworth. The court will afford Mr. Hollingsworth an opportunity to respond to the motion and/or obtain substitute counsel. Accordingly,

**IT IS ORDERED:**

1. Joy Shiffermiller's motion to withdraw (Filing No. 18) is held in abeyance.

2. Michael Hollingsworth shall have to **on or before October 29, 2010**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, Michael Hollingsworth will be considered proceeding *pro se*.

3. Moving counsel shall serve a copy of this order on her client and file a certificate of such service with the court.

DATED this 30th day of September, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge