IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL HOLLINGSWORTH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE NEBRASKA FOOD BANK ) <br> NETWORK, INC., ) <br> ) <br> Defendant. ) | 8:10CV121 <br><br> ORDER |

This matter is before the court on the motion of Joy Shiffermiller (Filing No. 18) to withdraw as counsel for the plaintiff, Michael Hollingsworth. The movant states the plaintiff has not regularly responded to letters or telephone calls, making it difficult to represent him. The movant served a copy of the motion on Mr. Hollingsworth. On September 30, 2010, the court entered an order affording Mr. Hollingsworth an opportunity to respond to the motion and/or obtain substitute counsel. **See** Filing No. 19. The movant served a copy of the order on Mr. Hollingsworth. **See** Filing No. 20. Mr. Hollingsworth did not file any response to the motion, nor did substitute counsel make an appearance. Upon consideration,

**IT IS ORDERED:**

1. Joy Shiffermiller's motion to withdraw (Filing No. 18) is granted.

2. Michael Hollingsworth is hereby considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

3. The Clerk of Court shall reassign this case to the pro se docket in accordance with General Order No. 2007-13.

4. The Clerk of Court shall send a copy of this order to the plaintiff at his last known address:

    Michael Hollingsworth
    1619 Pratt Street
    Omaha, NE 68110

DATED this 1st day of November, 2010.

    BY THE COURT:
     s/ Thomas D. Thalken
    United States Magistrate Judge